IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSEPH D. FECHT,

           Petitioner,                                ORDER

      v.                                                  11-cv-352-wmc

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

           Respondent.

---

Petitioner Joseph Fecht seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254, claiming that his attorney abandoned him on his direct appeal of Grant County Circuit Court Case No. 2003-CF-41. I ordered the state to show cause and the state responded on July 8, 2011. Pursuant to the terms of the order to show cause, petitioner had 30 day, or until August 8, 2011 in which to file a brief in support of his petition. Instead, on July 25, 2011 petitioner filed a renewed motion for appointment of counsel, which was denied on July 29, 2011. To date, the court has not received petitioner's brief in support. Because petitioner is proceeding *pro se*, I will strike the current briefing schedule to allow petitioner another opportunity to submit a brief in support of his petition. If petitioner fails to submit a brief, then his petition will be decided on the present record before the court.

ORDER

IT IS ORDERED that the current briefing dates are STRICKEN. The new briefing schedule is as follows:

Petitioner shall have until September 1, 2011 to submit a brief in support of the petition for a writ of habeas corpus. Failure to submit a brief will result in the petition being decided on the present record.

Respondent shall have until October 3, 2011 to submit an answering brief.

Petitioner may have until October 24, 2011 to submit a reply brief.

Entered this 18th day of August, 2011.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge